IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY ALLEN McCLELLAN,  )  )  Plaintiff,  )  v.   )  )  DR. HUGH HOOD, *et al.*,   )  )  Defendants.   ) | CASE NO.  2:11-cv-1007-TMH  WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #49) to the Recommendation of the Magistrate Judge filed on March 25, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #44) filed on February 18, 2014 is adopted;

3. The defendants' motions for summary judgment are GRANTED and this case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

DONE this the 31st day of March, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE